

# SEYFARTH SHAW

Writer's direct phone
(212) 218-5523

Writer's e-mail
clowe@scyfarth.com

Seyfarth Shaw LLP

820 Eighth Avenue

New York, New York 10018

(212) 218-5500

fax (212) 218-5526

www.seyfarth.com

WASHINGTON, D.C.   SYDNEY   SHANGHAI   SAN FRANCISCO   SACRAMENTO   NEW YORK   MELBOURNE   LOS ANGELES   LONDON   HOUSTON   CHICAGO   BOSTON   ATLANTA

July 18, 2014

*The case is adjourned to Aug. 15, 2014, 10:00 a.m.*
*7-21-14*

**VIA FACSIMILE (212-805-7942)**

The Honorable Alvin K. Hellerstein
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan
  United States Court House
New York, New York 10007

> Re:   ***Franklyn et al. v. Peapod LLC, et al.,***
>       **No. 1:14-cv-1912 (AKH)**

Dear Judge Hellerstein:

      We are counsel for defendants in the above-referenced action and write on behalf of all parties to respectfully request a three-week adjournment of the R. 16 conference currently scheduled for Friday, July 25, 2014. The parties are currently engaged in active settlement negotiations, and therefore request this adjournment to allow time for these negotiations to continue, which may moot the need for a R. 16 conference.

      This is the first request for an adjournment of the R. 16 conference and all parties consent. As no case management order has been entered, we do not expect this adjournment to affect any other dates or deadlines in the case.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/22/14

Respectfully submitted,

SEYFARTH SHAW LLP

*Christopher Lowe*

Christopher H. Lowe

CHL/sj

cc:   Douglas Lipsky, Bronson Lipsky LLP

17602243v.2