UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
                                                              :
ERNEST FRANKLYN., et al.                                      :
                                        Plaintiffs,           :    **ORDER DE-DESIGNATING**
                                                              :    **CASE FOR PILOT PROJECT**
            -against-                                         :
                                                              :    14 Civ. 1912 (AKH)
PEAPOD, LLC, et al,                                           :
                                                              :
                                        Defendants.           :
                                                              :
------------------------------------------------------------- x
ALVIN K. HELLERSTEIN, U.S.D.J.:

        By order of the Chief Judge, this case was designated for inclusion in the pilot project. As the judge to whom the case is assigned, I de-designate the case. I shall continue to preside over it, pursuant to my individual rules. The clerk will *not* include this case in the Pilot Project Regarding Case Management Techniques for Complex Civil Cases.

        SO ORDERED.

Dated:    August 15, 2014
             New York, New York
                                                  ALVIN K. HELLERSTEIN
                                                  United States District Judge