

Douglas B. Lipsky

630 Third Avenue, Fifth Floor
New York, New York 10017
Main:  212.392.4772
Direct:  212.444.1024
Fax:  212.444.1030
dl@bronsonlipsky.com

www.bronsonlipsky.com

December 18, 2014

VIA ECF & FACSIMILE (212.805.7942)
The Honorable Alvin K. Hellerstein, U.S.D.J.
U.S. District Court Southern District of New York
United States Courthouse
500 Pearl Street, Room 1050
New York, New York 10007

    Re:    Franklyn, *et al.*, v. Peapod LLC, *et al.*, 1:14-cv-1912 (AKH)

Dear Judge Hellerstein:

    This firm represents the Plaintiffs in the above-referenced matter and submits this letter on behalf of all parties to update the Court on the current settlement negotiations.

    The parties have reached a settlement in principle and are in the process of memorializing the settlement.  Given this development, the parties respectfully request tomorrow's Rule 16(a) conference be adjourned.

    We appreciate the Court's consideration of this request and are available to answer any questions.

                                      Respectfully submitted
                                      BRONSON LIPSKY LLP

                                      s/ Douglas B. Lipsky
                                      Douglas B. Lipsky


Cc:  Christopher H. Lowe (Via ECF and Fax)